IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40391
Summary Calendar
_____

SERGIO HIRAM ALVIDREZ,

                                        Plaintiff-Appellant,

versus

KENNETH W. WILLIAMS, Assistant
Warden; CHARLES BELL; ERNEST H. GUTERREZ,
JR.; STEVE SANGSTER; EMIL C. GARZA;
BRUCE V. PETERSON; MICHAEL BAILEY,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-96-CV-577
- - - - - - - - - - -
October 8, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Sergio Hiram Alvidrez, Texas prisoner no. 512255, appeals the district court's order dismissing, as frivolous, his 42 U.S.C. § 1983 claims. After reviewing the record and Alvidrez's arguments on appeal, we AFFIRM for the reasons given by the district court. See Alvidrez v. Williams, G-96-CV-577, (S.D. Tex., April 7, 1998).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.